**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1880

DORA L. ADKINS,

Plaintiff - Appellant,

v.

APARIUM HOTEL GROUP, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:25-cv-01085-CMH-WBP)

Submitted:  October 16, 2025                    Decided:  October 20, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dora L. Adkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's orders denying her motions for leave to file a proposed emergency complaint and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Adkins' motion to expedite decision and affirm the district court's order. *Adkins v. Aparium Hotel Grp., LLC*, No. 1:25-cv-01085-CMH-WBP (E.D. Va. July 17 & 31, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*